Thomas B. Brown (SBN 104254)
E-mail: tbrown@bwslaw.com
Amy E. Hoyt (SBN 149789)
E-mail: ahoyt@bwslaw.com
Matthew Visick (SBN 258106)
E-mail: mvisick@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1901 Harrison Street, Suite 900
Oakland, CA 94612
Tel: 510.273.8780   Fax: 510.839.9104

Attorneys for Respondents

City of Milpitas, City of Milpitas City Council, City of Milpitas Mobile Home Park Rent Review Board

**IT IS SO ORDERED**
/s/ Edward J. Davila
Judge Edward J. Davila
10/10/2012

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| Milpitas Mobile Home Estates, a California Limited Partnership, dba Friendly Village Mobile Home Estates,<br><br>Petitioner,<br><br>v.<br><br>The City of Milpitas, the City of Milpitas City Council, the Mobile Home Park Rental Review Board,<br><br>Respondents,<br><br>The Tenants Residing at Friendly Village Mobile Home Estates,<br><br>Real Parties in Interest. | Case No. CV 12-03386 EJD<br><br>**STIPULATION RE: RESPONSIVE PLEADING DEADLINE EXTENSION TO DECEMBER 10, 2012** |

IT IS HEREBY STIPULATED by and between Petitioner Milpitas Mobile Home Estates, dba Friendly Village Mobile Home Estates, ("Petitioner") and Respondents City of Milpitas, City of Milpitas City Council, and City of Milpitas Mobile Home Park Rent Review Board ("Respondents") through their respective counsel as follows:

1. The time for Respondents to respond to the Summons and Petition for Writ of

- 1 -   STIP. EXTENDING PLEADING DEADLINE

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

Administrative Mandamus is hereby extended up to and including December 10, 2012.

2. Nothing in this stipulation shall be construed to continue any deadlines or hearings set forth in the August 24, 2012 Clerk's Notice Following Reassignment from Magistrate Judge.

3. The execution of this stipulation shall not constitute a general appearance by any of the Respondents.

4. This stipulation may be electronically filed and executed in counter parts, and copies (e.g. electronic copies, facsimiles or photocopies) shall constitute good evidence of such execution.

Dated: October 8, 2012

BURKE, WILLIAMS & SORENSEN, LLP

By: _____
Thomas B. Brown
Amy E. Hoyt
Matthew D. Visick
Attorneys for Respondents

Dated: October 8, 2012

LAW OFFICE OF ANTHONY C. RODRIGUEZ

By: _____
Anthony C. Rodriguez
Attorney for Petitioner

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -    STIP. EXTENDING PLEADING DEADLINE

## PROOF OF SERVICE

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 2280 Market Street, Suite 300, Riverside, California 92501.

On **October 8, 2012**, I served the following document(s): **STIPULATION RE: RESPONSIVE PLEADING DEADLINE EXTENSION TO DECEMBER 10, 2012** on the interested parties in this action by placing a true and correct copy of such document, enclosed in a sealed envelope, addressed as follows:

**SERVICE LIST**
**(Update: 10-08-12)**
**Milpitas Moible Home Estates, et al. vs. The City of Milpiats, et al.**
**USDC Case No. : CV 12-03386 EJD**

| COUNSEL: | REPRESENTING: |
|---|---|
| Anthony C. Rodriguez, Esq.<br>**LAW OFFICE OF ANTHONY C. RODRIGUEZ**<br>1425 Leimert Boulevard, Suite 101<br>Oakland, California 94602 | **Attorneys for Petitioner**<br>**MILPITAS MOBILE HOME ESTATES, a California Limited Partnership, dba FRIENDLY VILLAGE MOBILE HOME ESTATES**<br><br>TEL : (510) 336-1536<br>FAX : (510) 336-1537<br>E-mail: arodesq@pacbell.net |

( X )  **BY COURT CASE MANAGEMENT/ ELECTRONIC CASE FILES (CM/ECF) SYSTEM,** By submitting the document listed above as a Portable Document Format (PDF), by uploading an electronic version via CM/ECF System case filing which automatically generates a Notice of Electronic Filing or NEF which allows recipients to retrieve the document(s) automatically, pursuant to the Court's Administrative Order Regarding Electronic Filing. I certify that said transmission was completed and that all pages contained therein were received. [CRC, Rule 2.250(5) and 2.253(a)]

( )  **BY U.S. MAIL.** I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date in the United States mail at Riverside, California. [CCP § 1012; 1013; 1013a]

( )  **BY OVERNIGHT COURIER**, I caused the above-referenced document(s) to be deposited in a box or other facility regularly maintained by the overnight courier, or I delivered the above-referenced document(s) to an overnight courier service, for delivery to the above addressee(s). [CCP §1013]

( )  **BY FACSIMILE.** The facsimile transmission of the foregoing document was reported as complete and without error. A copy of the transmission report as issued by the transmission facsimile machine is attached pursuant to California Rules of Court, Rule 2.306(h)(4). [CRC 2.306(a)(b)(d)(f)(g)(h)]

| | | |
|---|---|---|
| 1 | ( ) | **BY EMAIL.** I caused the document (without enclosures) described above, to be sent via email in PDF format to the above-referenced person(s) at the email addresses listed. **[Pursuant to _____ Agreement between counsel – electronic service pursuant to Rule 2.260, CRC]** |
| 3 | ( ) | **BY PERSONAL SERVICE.** I caused such envelope to be delivered by hand to the above-referenced person(s) at the above address(s). [CCP § 1011] |

Executed **October 8, 2012**, Riverside, California.

( X )  (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
MARY E. HENSLEY