Thomas B. Brown (SBN 104254)
E-mail: tbrown@bwslaw.com
Amy E. Hoyt (SBN 149789)
E-mail: ahoyt@bwslaw.com
Matthew Visick (SBN 258106)
E-mail: mvisick@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1901 Harrison Street, Suite 900
Oakland, CA 94612
Tel: 510.273.8780   Fax: 510.839.9104

CITY OF MILPITAS
Michael J. Ogaz, City Attorney (SBN 109371)
Bryan M. Otake, Assistant City Attorney (SBN 200427)
455 East Calaveras Boulevard
Milpitas, CA 95035
Tel: 408.586.3040   Fax: 408.586.3056

Attorneys for Respondents

City of Milpitas, City of Milpitas City Council, City of Milpitas Mobile Home Park Rent Review Board

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Milpitas Mobile Home Estates, a California Limited Partnership, dba Friendly Village Mobile Home Estates,<br><br>　　　　　Petitioner,<br><br>v.<br><br>The City of Milpitas, the City of Milpitas City Council, the Mobile Home Park Rental Review Board,<br><br>　　　　　Respondents,<br><br>The Tenants Residing at Friendly Village Mobile Home Estates,<br><br>　　　　Real Parties in Interest. | Case No. CV 12-03386 EJD<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

1    IT IS HEREBY STIPULATED by and between Petitioner Milpitas Mobile Home Estates, dba Friendly Village Mobile Home Estates, ("Petitioner") and Respondents City of Milpitas, City of Milpitas City Council, and City of Milpitas Mobile Home Park Rent Review Board ("Respondents") (together, the "Parties") through their respective counsel as follows:

    WHEREAS, the Case Management Conference in this matter is currently set for November 16, 2012 at 10:00 a.m. in Courtroom 4 of this Court;

    WHEREAS, counsel for both Petitioner and Respondents will be appearing at 9:00 a.m. that same morning in the San Francisco/Oakland Division of the United States District Court, Northern District for oral argument on a motion to dismiss under Federal Rule of Civil Procedure 12(b) in Case No. C11-05015, *Rancho de Calistoga v. City of Calistoga, et al.*;

    WHEREAS, on October 8, 2012, the Parties stipulated (and the Court subsequently ordered) that the deadline for Respondents' response to the Petition for Writ of Administrative Mandate ("Petition") in this matter be extended to December 10, 2012;

    WHEREAS, the November 16, 2012 Case Management Conference had been scheduled for a date more than one month after the response to the Petition was due, but with the extension of time it is now scheduled for a date almost one month before the response is due;

    WHEREAS, the Parties wish to continue the Case Management Conference from November 16, 2012 to a date when the Parties are not scheduled to appear for another court appearance, and after the date when Respondents' response to the Petition is due;

    WHEREAS, counsel for Respondents is not available for any of the days on which the Court hears Case Management Conferences in December 2012, nor for the January 11, 2013 date;

    NOW, THEREFORE, the Parties stipulate and agree as follows:

1.    The Case Management Conference currently set for November 16, 2012 is continued to January 18, 2013 at 10:00 a.m. in Courtroom 4, 5th Floor, San Jose Division.

2.    The execution of this stipulation shall not constitute a general appearance by any of the Respondents.

3.    This stipulation may be electronically filed and executed in counter parts, and

///

copies (e.g. electronic copies, facsimiles or photocopies) shall constitute good evidence of such execution.

Dated: October 26, 2012      BURKE, WILLIAMS & SORENSEN, LLP

By: /s/ Matthew D. Visick
Thomas B. Brown
Amy E. Hoyt
Matthew D. Visick
Attorneys for Respondents

Dated: October 25, 2012      LAW OFFICE OF ANTHONY C. RODRIGUEZ

By: /s/ Anthony C. Rodriguez
Anthony C. Rodriguez
Attorney for Petitioner

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

The parties shall file a joint case management conference statement on or before January 11, 2013

Dated: 11/1/2012

By: _____
HON. EDWARD J. DAVILA